**Amended Abatement Order filed August 8, 2019.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00106-CV**

_____

**IN RE DEAN E. SMITH, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-33707**

---

## AMENDED ABATEMENT ORDER

On February 7, 2019, relator Dean E. Smith filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition relator asks this court to compel the Honorable Sandra Peake, presiding judge of the 257th Judicial District Court of Harris County, to vacate a June 1, 2018 enforcement order.

The subject order was signed by the Honorable Judy Warne, who ceased to hold office of Judge of the 257th District Court of Harris County, on January 1, 2019. Because Judge Warne ceased to hold office, we are required to abate this proceeding

to permit Judge Peake to reconsider Judge Warne's decision regarding relator's request for relief. *See* Tex. R. App. 7.2(b); *see also In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008) (orig. proceeding) ("Mandamus will not issue against a new judge for what a former one did.").

On February 21, 2019, we issued an order abating this case until March 25, 2019, to permit Judge Peake to reconsider the order underlying relator's request for relief. On February 26, 2019, the parties filed a joint motion for extension of the abatement deadline to May 3, 2019. We granted the motion and issued an amended abatement order on March 7, 2019.

On May 3, 2019, the parties filed a second joint motion for extension of the abatement deadline, requesting that this court extend the deadline for Judge Peake to reconsider the order to August 2, 2019. We granted the second motion and issued an amended abatement order on May 9, 2019.

On August 2, 2019, the parties filed a third joint motion for extension of the abatement deadline. Judge Peake held a status hearing on July 30, 2019, and ordered the parties to complete arbitration on a related matter and file the arbitration award with the court by August 30, 2019. Judge Peake has scheduled a hearing to further consider the matter and, if necessary, to hear argument and ordered the parties to request a 60-day continued abatement from this court. The third joint motion for extension of the abatement deadline is **GRANTED**.

We abate this proceeding until **October 2, 2019**, to permit Judge Peake to reconsider the order underlying relator's request for relief. On or before that date, Judge Peake shall advise this court of the action taken on relator's request. This court will consider a motion to dismiss the original proceeding or a motion to reinstate the original proceeding, as appropriate. If Judge Peake does not advise this court of the action taken on relator's request, relator and real party in interest are

ordered to file a status update with this court on or before **October 9, 2019**.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.